UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KATRON CHAVIS,
          Plaintiff,

v.

YELENA KOROBKOVA and EDWIN UZU,
          Defendants.
-----------------------------------------------------------x

**ORDER**

19 CV 83 (VB)

      On March 13, 2020, the Court issued an Opinion and Order granting defendants' motion to dismiss and granting plaintiff leave to file an amended complaint **by May 13, 2020** as to his claim for deliberate indifference to serious medical needs against defendants Dr. Yelena Korobkova and Dr. Edwin Uzu only, in accordance with the instructions within the Opinion and Order. (Doc. #33). Chambers mailed a copy of the Opinion and Order, as well as the unpublished decisions cited within and an amended complaint form, to plaintiff at the address on the docket, which was listed as:

      Katron Chavis
      DIN No: 16-B-0460
      Upstate C.F.
      P.O. Box 2001
      Malone, NY 12953

      To date, plaintiff has not filed an amended complaint or sought an extension of time in which to do so.

      The New York State Department of Corrections and Community Supervision inmate look-up indicates plaintiff is currently incarcerated at Great Meadow Correctional Facility. Plaintiff did not file a change of address to indicate his new address.

      Accordingly, the Court extends plaintiff's time to file his amended complaint to September 14, 2020.

      **If plaintiff fails to file an amended complaint or seek additional time to do so by September 14, 2020, the Court will deem plaintiff to have abandoned this case and will direct the Clerk to enter judgment in defendants' favor, and close the case.**

      **In addition, plaintiff is reminded that it is his responsibility to notify the Court in writing if his address changes. The Court may dismiss the action if plaintiff fails to do so again.**

1

Chambers will mail a copy of (i) this Order, and (ii) the March 13, 2020, Opinion and Order (Doc. #33), along with unpublished decisions and amended complaint form, to plaintiff at the following address:

Katron Chavis
DIN No. 16-B-0460
Great Meadow Correctional Facility
P.O. Box 51
Comstock, NY 12821-0051

The Clerk is instructed to update plaintiff's address on the docket to reflect the above address.

Dated: July 15, 2020
       White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge